IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALBERTO BENITEZ-DIAZ, CESAR
SERRANO-NIETO, JOSE DERAS-LOPEZ
AND SALVADOR ALAMILLA,

ORDER

    Petitioner,

Case No. 24-cv-369-wmc

v.

WARDEN E. EMMERICH,[1]
Oxford Federal Correctional Institution,

    Respondent.

    Petitioners Alberto Benitez-Diaz, Cesar Serrano-Nieto, Jose Deras-Lopez and Salvador Alamilla seek relief pursuant to 28 U.S.C. § 2241. Petitioners have submitted a motion for leave to proceed without prepayment of the filing fee. (Dkt. # 2). The court cannot consider this motion, however, because it lacks supporting documentation regarding petitioners Benitez-Diaz, Serrano-Nieto, Salazar-Dominguez and Alamilla's eligibility for indigent status. For this case to move forward, petitioners Benitez-Diaz, Serrano-Nieto, Salazar-Dominguez and Alamilla must each submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this habeas corpus petition.

ORDER

    IT IS ORDERED that no later than July 1, 2024, petitioners Benitez-Diaz, Serrano-Nieto, Salazar-Dominguez and Alamilla shall each submit a certified copy of their inmate

---

[1] I have added the name of E. Emmerich, the current warden of Oxford Federal Correctional Institution, to the case caption.

trust fund account statement for the six-month period from the date of the petition (December 4, 2023 through at least June 4, 2024).

Entered this 4th day of June, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge